Prob 12A (10/16)
VAE (6/18)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA



FILED
DEC - 6 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Nathaniel A. Tatum     Docket No. 1:18MJ264

### Petition on Probation

COMES NOW NICOLE R. ANDREWS, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Nathaniel A. Tatum, who was placed on supervision by the Honorable Ivan D. Davis, United States Magistrate Court Judge sitting in the Court at Alexandria, Virginia, on the 23th day of October 2018, who fixed the period of supervision of one (1) year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 6th day of Dec, 20 18 and ordered filed and made a part of the records in the above case.

_____/s/_____
Ivan D. Davis
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 12/4/18

_____
Nicole R. Andrews
U.S. Probation Officer
(703) 366-2111

Place Manassas, Virginia

**TO CLERK'S OFFICE**

**Petition on Probation**
**Page 2**
**RE: Tatum, Nathanial A.**

OFFENSE: Assault, in violation of Title 18 U.S.C., Section 113(a)(5).

SENTENCE: On October 23, 2018, the defendant was sentenced to one (1) year of supervised probation with the following special conditions: 1) the defendant shall participate in and successfully complete an Anger Management Program as directed by the probation office; 2) the defendant shall undergo substance abuse testing and/or treatment as directed by probation; 3) the defendant shall serve a period of five (5) days incarceration with credit for time served; and 4) the defendant shall pay a $10.00 special assessment as to Count 1 to be paid by November 23, 2018.

ADJUSTMENT TO SUPERVISION: On October 23, 2018, Mr. Tatum was released from the custody of the U.S. Marshal Service to commence supervision. As Mr. Tatum resides in Maryland, he is being supervised by U.S. Probation Officer Leigh Messett, in the District of Maryland. According to Officer Messett, Mr. Tatum screened positive for phencyclidine (PCP) on November 7, 2018. He was subsequently referred for a substance abuse intake assessment with Insight Treatment Center and received his assessment on November 12, 2018. That same date following his assessment, the defendant submitted a urine specimen that screened positive for PCP. Mr. Tatum submitted subsequent urine specimens at Insight Treatment Center on November 16, 2018, and November 21, 2018, which screened positive for PCP. Confirmation of those positive screens are pending. When Officer Messett confronted Mr. Tatum about his positive screens, he denied having used PCP and claimed his positive test results were due to his prescription medication (Tramadol).

On November 23, 2018, Mr. Tatum was cited in Prince George's County, Maryland for 1) Negligent Driving Vehicle in Careless and Imprudent Manner Endangering Property, Life and Person; 2) Driving Off Roadway While Passing Vehicle; 3) Failure to Drive Vehicle on Right Half of Roadway when Required; 4) Driver Changing Lane When Unsafe; 5) Driving Vehicle While Under the Influence of Alcohol; 6) Failure to Securely Fasten Registration Plate on Vehicle; 7) Driving Vehicle While Impaired by a Controlled Substance Dangerous Substance; and 8) Driving Vehicle While so Far Impaired by Drugs Cannot Drive Safely. According to Maryland State Police Officer Dionta Douglas, Mr. Tatum denied having used PCP or any other controlled substance that evening. The police report in that case has been requested but not received as of this writing. Officer Messett advised that when she confronted the defendant about having contact with law enforcement, he denied having contact. It was only after Officer Messett questioned the defendant's truthfulness that he acknowledged he had contact with the police.

On November 29, 2018, a record check was conducted through NCIC and the District Court of Maryland-Prince George's County, which confirmed the aforementioned pending offenses. As of this writing, the court date to address those allegations has not been scheduled. Prior to commencing probation supervision, the defendant incurred charges for 1) Driving, Attempting to Drive Vehicle While So Impaired by Drugs Cannot Drive Safely; and 2) two counts of Drive Vehicle While Impaired by a Controlled Dangerous Substance. The defendant is scheduled to appear before the District Court for Prince George's County (Upper Marlboro) for trial on February 3, 2019, to address those allegations.

The defendant's special assessment fee of $10 was paid on November 29, 2018. The defendant completed an Anger Management program through the Family Advocacy Group at Andrews Air Force Base on September 20, 2018.

Petition on Probation
Page 3
RE: Tatum, Nathanial A.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**STANDARD CONDITION #4:** "YOU MUST ANSWER TRUTHFULLY THE QUESTIONS ASKED BY YOUR PROBATION OFFICER."

The defendant was not truthful with Officer Messett on November 26, 2018, when she asked him if he had law enforcement contact. The defendant initially denied any police contact. When Officer Messett confronted the defendant about truthfulness, he acknowledged his dishonesty and admitted to having law enforcement contact.

**MANDATORY CONDITION #2:** "YOU MUST NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE."

**MANDATORY CONDITIONS #3:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF PLACEMENT ON PROBATION AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DIRECTED BY THE COURT."

On November 7, 12, 16 and 21, 2018, the defendant submitted urine specimens which screened positive for PCP. Those specimens are pending confirmation.

**MANDATORY CONDITION:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."

On November 23, 2018, the defendant was charged with: 1) Negligent Driving Vehicle in Careless and Imprudent Manner Endangering Property, Life and Person; 2) Driving Off Roadway While Passing Vehicle; 3) Failure to Drive Vehicle on Right Half of Roadway when Required; 4) Driver Changing Lane When Unsafe; 5) Driving Vehicle While Under the Influence of Alcohol; 6) Failure to Securely Fasten Registration Plate on Vehicle; 7) Driving Vehicle While Impaired by a Controlled Substance Dangerous Substance; and 8) Driving Vehicle While so Far Impaired by Drugs Cannot Drive Safely. On that date, the defendant was issued citations for the above listed offenses and is not currently on bond or any conditions of release.

NRA/lmg