

# UNITED STATES DISTRICT COURT

## FOR

## THE EASTERN DISTRICT OF VIRGINIA



DEC 1 4 2018

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Nathaniel A. Tatum                           Docket No. 1:18MJ264

### Addendum to
### Petition on Probation
### Filed on December 6, 2018

Praying that the Court will order that the information that follows and the charges herein be made part of the petition filed on December 6, 2018. On December 6, 2018, the Court considered the petition and ordered a warrant for the defendant's arrest. Since that warrant was issued, the following additional violations have occurred.

**STANDARD CONDITION # 13:** **"YOU MUST FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER RELATED TO THE CONDITIONS OF SUPERVISION."**

**SPECIAL CONDITION #2:** **"THE DEFENDANT SHALL UNDERGO SUBSTANCE ABUSE TESTING AND/OR TREATMENT AS DIRECTED BY PROBATION."**

On December 8, 2018, the defendant failed to report to Insight Treatment Center to submit a urine specimen as directed.

**MANDATORY CONDITION #1:** **"YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."**

On December 10, 2018, the defendant was arrested in Prince George's County, Maryland for 1) Handgun in Vehicle; 2) Loaded Handgun in Vehicle; 3) Loaded Handgun on Person; and 4) Firearm Possession with Felony Conviction. The defendant is currently being held without bond in the Prince George's County Adult Detention Center. He is scheduled to appear before the District Court for Prince George's County, Maryland on January 8, 2019, for Preliminary Hearing. A copy of the police/incident report has been requested; however, it has not been received as of this writing

### ORDER OF COURT

Considered and ordered this ___14th___ day of ___Dec___, 20_18_ and ordered filed and made a part of the records in the above case.

_/s/_____
/s/
Ivan D. Davis
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on** ___12/14/18___

_____

**Nicole Andrews**
**U.S. Probation Officer**
**(703) 366-2111**

Place **Manassas, Virginia**

NRA/lmg

**TO CLERK'S OFFICE**                                    DF-69 (Rev. 12/12)