AO 442 (Rev. 01/09) Arrest Warrant

10392743

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.

Nathaniel A. Tatum

*Defendant*

Case No. 1:18-mj-264

**FILED**
JAN 11 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Nathaniel A. Tatum ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☒ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See Attached Petition

Date: 12/6/2018

*Issuing officer's signature*

City and state: Alexandria, VA

Lynnelle Creek – Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/6/18, and the person was arrested on *(date)* 1/10/19
at *(city and state)* Greenbelt, MD

Date: 1/11/19

*Arresting officer's signature*

*Printed name and title*

For Greenbelt