UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: **THERESA CARRROLL BUCHANAN**

UNITED STATES OF AMERICA      HEARING: R5/PBV     CASE #: 18mj264

-VS-     DATE: 1/11/19     TIME: 11:00 am

TYPE: FTR RECORDER     DEPUTY CLERK: T. FITZGERALD

Nathaniel Tatum

COUNSEL FOR THE UNITED STATES: A. Williams

COUNSEL FOR THE DEFENDANT: A. Rigby

INTERPRETER:     LANGUAGE:

( x ) DEFENDANT APPEARED: ( x ) WITH COUNSEL    ( ) WITHOUT COUNSEL

( x ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( ) COURT TO APPOINT COUNSEL _____ ( ) DFT. TO RETAIN COUNSEL

( ) GVT. CALL WITNESS & ADDUCES EVIDENCE

( ) EXHBIT # _____ ADMITTED

( x ) PROBABLE CAUSE: FOUND ( x ) / NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( ) DFT. DENIES VIOLATION ( ) COURT FINDS DFT. IN VIOLATION

**MINUTES:** Deft does not contest probable cause. Deft argues for release on same conditions of probation pending next hearing; USA does not object-GRANTED.

**CONDITIONS OF RELEASE:**
($ ) UNSECURED ($ ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT ( ) AVOID CONTACT
( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
( ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

**NEXT COURT APPEARANCE:** 1/16/19 at 11:00 am Before Davis
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( x ) PBV ( ) SRV ( ) R5